**FILED**

**MARCH 11, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1456**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE HIBBLER**
**MAGISTRATE JUDGE SCHENKIER**

In the Matter of

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS, et al.

Case Number:

**J. N.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All plaintiffs

| NAME (Type or print) |
| --- |
| Leonard Saphire-Bernstein |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ /s/Leonard Saphire-Bernstein |

| FIRM |
| --- |
| Whitfield, McGann & Ketterman |

| STREET ADDRESS |
| --- |
| 111 E. Wacker Dr., Suite 2600 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3127659 | 312-251-9700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐