### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV1456

Assigned/Issued By: J. N.

Judge Name: HIBBLER

Designated Magistrate Judge: SCHENKIER

---

## FEE INFORMATION

***Amount Due:***

[✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350 _____

Receipt #: 2605603 _____

Date Payment Rec'd: 3-11-08 _____

Fiscal Clerk: J. N. _____

---

## ISSUANCES

[✓] Summons

[ ] Third Party Summons

[ ] Non Wage Garnishment Summons

[ ] Wage-Deduction Garnishment Summons

[ ] Citation to Discover Assets

[ ] Writ _____
    *(Type of Writ)*

[ ] Alias Summons

[ ] Lis Pendens

[ ] Abstract of Judgment

_____
_____
    *(Victim, Against and $ Amount)*

[ ] Other

_____
_____
    *(Type of issuance)*

1 ____ Original and 0 _____ copies on 3-11-08 _____ as to DEFENDANT _____
                                                *(Date)*

_____

_____