IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>RATKO MILLWRIGHT SERVICES, INC., D/B/A RATKO MILLWRIGHTS, INC.,<br><br>　　　　　　　Defendant. | 08 C 1456<br><br>Judge Hibbler |

## MOTION FOR DEFAULT

Plaintiffs, by their attorney, Leonard Saphire-Bernstein, move this Honorable Court to enter a default against the defendant, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for defendants' failure to timely appear, answer, or otherwise plead. In support of their motion, plaintiffs state:

　　　　1.　　　Plaintiffs filed their Complaint on March 11, 2008. The agent for service of process was served with a copy of the summons and complaint on March 22, 2008 (Exhibit A). Defendant's appearance was due on April 12, 2008.

　　　　2.　　　Defendant has not thereafter filed its appearance or answer.

　　　　3.　　　As a result of the foregoing, the defendant has failed to appear and is in default.

4. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Complaint, pars. 3-5. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay contributions based thereon. In addition, the Defendant is required to make contributions measured by the hours worked by its carpentry subcontractors who are not signatory to a Collective Bargaining Agreement with the Union.

6. The Defendant failed to submit contributions for the period January, 2004 through September, 2006, which is a breach of the Collective Bargaining Agreement and Trust Agreements. As result of this breach, defendant owes the amount of $19,774.51 in contributions to the Trust Funds.

7. The Defendant owes plaintiffs' necessary and reasonable attorney fees and costs which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and Federal law (29 U.S.C. §1132(g)(2)(D)).

7. The Defendant owes plaintiffs' necessary and reasonable audit fees and costs which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and Federal law (29 U.S.C. §1132(g)(2)(D)).

8. The defendant owes interest and liquidated damages to the Chicago District Council of Carpenters Welfare & Pension Fund pursuant to the provisions of the Collective Bargaining Agreements, the Trust Agreements, and 29 U.S.C. Sec. 1132(g)(2)(B).

WHEREFORE, Plaintiffs move for Judgment by Default, pursuant to the attached affidavit indicating the total amount of damages, attorneys fees, audit fees, interest, and liquidated damages.

                                    WHITFIELD & McGANN & KETTERMAN

                                  By:    s/ Leonard Saphire-Bernstein
                                                Leonard Saphire-Bernstein

Leonard Saphire-Bernstein
Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
312/251-9700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>          Plaintiffs,<br><br>v.<br><br>RATKO MILLWRIGHT SERVICES, INC., D/B/A RATKO MILLWRIGHTS, INC.,<br><br>          Defendant. | 08 C 1456<br><br>Judge Hibbler |

### AFFIDAVIT of JAMES ROSEMEYER
### IN SUPPORT OF MOTION FOR DEFAULT

State of Illinois    )
                     ) ss
County of Cook       )

JAMES ROSEMEYER, having been first duly sworn on oath, states as follows:

1. I am the contributions manager for the Chicago Regional Council of Carpenters Pension Plan, formerly the Chicago District Council of Carpenters Fringe Benefit Funds ("Trust Funds"). A portion of my duties include the monitoring of the submission of ERISA Fringe Benefit contributions on behalf of signatory employers and ensuring compliance with various collective bargaining agreements and trust agreements for the reporting of hours of, and payments to, carpenter employees.

8.  Pursuant to the Collective Bargaining Agreement, the defendant also owes audit fees, liquidated damages, interest, and attorneys fees where a deficiency has been identified.

9.  The computation attached hereto showing the amounts of audit fees, liquidated damages, and interest on this matter is true and correct and calculated in accordance with the provisions of the Collective Bargaining Agreement.

I certify that the above statements are true and correct.

_James Rosemeyer_

SUBSCRIBED AND SWORN
to before me this __14__ day
of __MAY__, 2008.

_Aura E. Smith_
NOTARY PUBLIC

Our File No.: N6248

"OFFICIAL SEAL"
AURA E. SMITH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/14/2010

3

ATTACHMENT TO AFFIDAVIT
OF JAMES ROSEMEYER

| Deficiency Amount | 19,774.51 | |
| --- | --- | --- |
| | | |
| Interest | 5,333.01 | |
| Liquidated Damages | 5,173.63 | |
| Audit Fees | 5,770.21 | |
| Attorney's Fees | 3,850.00 | |
| | | |
| **Total** | **39,901.36** | |