IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>RATKO MILLWRIGHT SERVICES, INC., D/B/A RATKO MILLWRIGHTS, INC.,<br><br>    Defendant. | 08 C 1456<br><br>Judge Hibbler |

NOTICE OF MOTION

To:

RatkoMillwrightServices,Inc.
c/oGeorgeR.Ratkovich, agent
23665S.VolbrechtRd.
Crete, IL 60417


    PLEASE TAKE NOTICE that on May 28, 2008, at 9:30 a.m. in the courtroom of Magistrate Judge Cole, Room 1225, 219 S. Dearborn Street, Chicago, Illinois, plaintiffs will present their motion for default judgment, a copy of which is attached hereto and is hereby served upon you.


                                      s/ Leonard Saphire-Bernstein
                                      Leonard Saphire-Bernstein
                                      Attorney for Plaintiffs

Leonard Saphire-Bernstein
Whitfield & McGann
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
312-251-9700

## Certificate of Service

    Leonard Saphire-Bernstein, an attorney, certifies that he caused the attached motion and notice of motion to be served on the parties to whom the notice is directed, at the addresses indicated on the notice, by depositing a copy in the U.S. mail in Chicago, Illinois, proper postage affixed, on May 14, 2008.

                                               s/ Leonard Saphire-Bernstein
                                               Leonard Saphire-Bernstein