AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS
WELFARE FUND, et al.,

V.

RATKO MILLWRIGHT SERVICES, INC.,
a corporation

CASE NUMBER: **08 C 1456**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE HIBBLER
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Ratko Millwright Services, Inc., c/o
George R. Ratkovich, agent
23665 S. Volbrecht Rd.
Crete, IL 60417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leonard Saphire-Bernstein
Whitfield McGann & Ketterman
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
312-251-9700

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

March 11, 2008
Date

| | | | |
|---|---|---|---|
| ClientCaseID: | N7625 |  | CaseReturnDate: 4/13/08 |
| Law Firm ID: | WHITFIEL | | Affidavit of Special Process Sever |

## UNITED STATES DISTRICT COURT

Case Number **08C1456**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT **RATKO MILLWRIGHT SERVICES, INC.**
PERSON SERVED **GEORGE RATKOVICH, AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **3/22/08**

THE SUBJECT AGREED TO MEET TO ACCEPT SERVICE. HIS PHONE NUMBER IS 708-935-8246.

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

| Sex | MALE | Race | WHITE | Age | 40S |
|---|---|---|---|---|---|
| Height | 6'1" | Build | THIN | Hair | BROWN |

LOCATION OF SERVICE   **23665 S VOLBRECHT ROAD**
**CRETE, IL, 60417**

Date Of Service   3/22/08         Time of Service   9:58 AM

_____   3/24/2008
ANNA CANOLE
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_____