Order Form (01/2005)

08C1456 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1456 | **DATE** | 7/22/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHGO. REG'L; COUN., et al. Vs. RATKO MILLWRIGHT SERVICES, etc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant does not appear. Plaintiffs' motion for default is granted. Enter Judgment Order in favor of plaintiffs and against defendant in the amount of $39,901.36. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:07

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|

U.S. DISTRICT COURT
2008 JUL 22 PM 1:16
FILED