IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br>     Plaintiffs, <br><br> v. <br><br> RATKO MILLWRIGHT SERVICES, INC., D/B/A RATKO MILLWRIGHTS, INC., <br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 08 C 1456 <br><br> Judge Hibbler |

*Judgment Order*

---

WHEREAS, the Defendant was personally served with copies of Complaint and Motion for Default, on March 22, 2008; and

WHEREAS, the Defendant has failed to answer or otherwise plead, and has failed to appear since April 12, 2008, through the date of this Order, although Defendant's president appeared in open court on May 22, 2008, after receiving notice of the motion to default, and asked for time to engage counsel;

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment is entered in favor of the Plaintiffs and against the Defendant, Ratko Millwright Services, Inc., d/b/a Ratko Millwrights, Inc., in the sum of $39,901.36, representing the following amounts:

a) Delinquent contributions to the Funds ................................... $19,774.51

b) Interest ................................................................................. 5,333.01

c) Liquidated Damages ............................................................. 5,173.63

c) Audit fees ............................................................................. 5,5770.21

c) Attorney's fees ..................................................................... 3,850.00

**Total** ............................................................................... **39,901.36**

ENTERED:

*Wm. J. Hibbler*
JUDGE WILLIAM J. HIBBLER

DATE: 7/22/08

7/22/2008 12:13 PM